There being no error shown in the record, the judgment is affirmed.

## On Motion for Rehearing.

DAVIDSON, Judge.

Appellant's motion for rehearing is of a formal nature only. No specific challenge is made to our holding. Nothing new is presented or pointed out.

We have, nevertheless, again examined the record and remain of the opinion that no reversible error is shown.

The motion for rehearing is overruled.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

---

## HOWELL v. STATE.

### No. 22048.

Court of Criminal Appeals of Texas.

April 1, 1942.

Rehearing Denied April 22, 1942.

R. M. Carter, of Sherman, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Conviction is for driving an automobile upon a public highway while appellant was intoxicated. Punishment assessed is a fine of fifty dollars.

The record is before this court without statement of facts or bills of exceptions. The appellant entered a plea of guilty to the offense charged and waived a jury upon the trial.

No error having been shown by the record before us, the judgment is affirmed.

On Motion for Rehearing

BEAUCHAMP, Judge.

The motion for rehearing presents nothing for our consideration and it is accordingly overruled.